**United States District Court**
For the Northern District of California

**\*E-FILED 08-05-2011\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREW MATTIODA, | No. C11-03468 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SETTLEMENT** |
| ENHANCED RECOVERY COMPANY, LLC; DOES 1-10, inclusive, | |
| Defendants. | |

The court is informed that the parties have reached a settlement. Accordingly, all scheduled appearances are vacated.

**On or before October 4, 2011**, plaintiff shall file a voluntary dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, all parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **October 18, 2011, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a statement in response to this Order to Show Cause **no later than October 11, 2011**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties

1  need not file a joint statement in response to this Order.

2      SO ORDERED.

3  Dated: August 5, 2011

4                                      HOWARD R. LLOYD
                                    UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1  5:11-cv-03468-HRL Notice has been electronically mailed to:

2  Tammy Hussin     thussin@lemberglaw.com

3  Tammy L. Hussin     thussin@lemberglaw.com, akrant@lemberglaw.com, filings@lemberglaw.com, ovoytovych@lemberglaw.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.